Gabriel CASADOR et al.

v.

FIRST NATIONAL STORES, INC. et al.

No. 81-56-A.

Supreme Court of Rhode Island.

April 21, 1982.

Lovett & Linder, Ltd., Stephen G. Linder, Providence, for plaintiffs.

S. Christopher Stowe, Jr., Warwick, for defendant-Ernest E. Young, Sr.

ORDER

The motion of defendant Ernest E. Young, Sr., to affirm, as to him, the judgment of the Superior Court pursuant to Rule 16(g) is granted.

Barbara CARROLL, Next Best Friend of Michael Carroll

v.

COVENTRY SCHOOL DEPT. et al.

No. 82-67-M.P.

Supreme Court of Rhode Island.

April 21, 1982.

S. Arlene Violet, Providence, for petitioner.

Gunning, LaFazia & Gnys, Inc., Providence, Bennett R. Gallo, for respondents.

ORDER

The petition for writ of certiorari is granted. The petitioner's motion to proceed thereon in forma pauperis is granted.

Edith CHASE, Next Best Friend of Randy Barbrie

v.

CUMBERLAND SCHOOL DEPT. et al.

No. 82-109-M.P.

Supreme Court of Rhode Island.

April 21, 1982.

S. Arlene Violet, Providence, for petitioner.

V. James Santaniello, Providence, Howard R. Haronian, Warwick, for respondents.

ORDER

The petitioner's motion to proceed herein in forma pauperis is granted. The petition for writ of certiorari is denied.